UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-20055-JLK

JESUS GONZALEZ,

    Plaintiff
v.

MMG WESTLAKE, LLC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal with Prejudice (DE 5) filed January 24, 2024, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1), it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of January, 2024.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**